IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JUNIOR WASHINGTON, | No. 4:21-CV-01746 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT SALAMON, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 15th day of December 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's motion (Doc. 74) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**.

2. Plaintiff's Eighth Amendment claim for deliberate indifference to serious medical needs against defendant Dr. Weber is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted.

3. Plaintiff's official capacity claim against Dr. Weber is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as legally frivolous and for failure to state a claim upon which relief may be granted.

4. In the event that Plaintiff attempts to appeal this decision *in forma pauperis* under the exception provided by Federal Rule of Appellate Procedure 24(a)(3), he may not do so. Plaintiff "is not otherwise entitled to proceed in forma pauperis"[1] because he has incurred 3 strikes under 28 U.S.C. § 1915(g). That is, Plaintiff "has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

---

[1] *See* FED. R. APP. P. 24(a)(3)(A).

a claim upon which relief may be granted,"[2] and he is not "under imminent danger of serious physical injury"[3] with respect to any claim or allegation in this case.

5. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[2] 28 U.S.C. § 1915(g); *see Washington v. Weiner*, 2:16-cv-2487 (E.D. Pa.); *Washington v. Myers*, 4:22-cv-1858 (M.D. Pa.); *Washington v. Wright*, 2:22-cv-1201 (W.D. Pa.); *Washington v. Britte*, 2:22-cv-1202 (W.D. Pa.); *Washington v. Salamon*, 4:23-cv-1659 (M.D. Pa.).

[3] 28 U.S.C. § 1915(g).

2