# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-3260

Jerome Washington v. Weber

(U.S. District Court No.: 4-21-cv-01746)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 10, 2024

kr/cc:  Jerome Junior Washington
        Cassidy L. Neal, Esq.
        Mr. Peter J. Welsh, Clerk

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate